## 52611. COOPER v. COLQUITT COUNTY SHERIFF'S DEPARTMENT et al.
## 52612. COOPER v. MOULTRIE POLICE DEPARTMENT et al.

QUILLIAN, Judge.

In both of these cases, appeal was taken from a non-final judgment. No certificate of immediate review was obtained, nor was an application for interlocutory appeal filed.

These appeals must be dismissed for failure to comply with the requirements of Code Ann. § 6-701 (a) 2 (A) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758).

*Appeals dismissed. Deen, P. J., and Webb, J., concur.*

SUBMITTED SEPTEMBER 14, 1976 — DECIDED SEPTEMBER 21, 1976.

Selmer Lee Cooper, Jr., *pro se.*
*Moore & Chambliss, Charles J. King,* for appellees.